UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN J. MYERSCOUGH,

    Plaintiff,

v.

THE UNITED METHODIST CHURCH, et al.,

    Defendants.
_____/

Case No. 2:22-cv-226

HON. JANE M. BECKERING

## ORDER

This is a civil action filed pursuant to 42 U.S.C. § 1983.  Defendant The United Methodist Church filed a Motion to Dismiss (ECF No. 20) and Plaintiff filed a Motion for leave to amend the complaint (ECF No. 44).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 49) on May 23, 2023, recommending that this Court dismiss Defendant The United Methodist Church, and grant in part and deny in part Plaintiff's motion for leave to amend.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 20) is GRANTED. Defendant The United Methodist Church is DISMISSED from this action because it is a religious denomination, not a legal entity.

2

**IT IS FURTHER ORDERED** that the Motion for leave to amend the complaint (ECF No. 44) is GRANTED IN PART AND DENIED IN PART.  Specifically, the motion is granted to the extent Plaintiff seeks to name the Michigan Conference of the United Methodist Church as a defendant.  The motion is denied to the extent Plaintiff seeks to add the "Board of Trustees" and Bishop David Alan Bard as defendants in this action.


Dated:  June 14, 2023                                              /s/ Jane M. Beckering
                                                                                   JANE M. BECKERING
                                                                                   United States District Judge